# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 5676 | **DATE** | 9/17/2004 |
| **CASE TITLE** | Neftali Barreto vs. Esperanza Financial | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. If Esperanza's counsel has a different view as to how this action may arguably remain in this District Court rather than being remanded pursuant to 28 U.S.C. 1447(c), counsel must file a written statement as to the legal basis for that position in this Court's chambers on or before September 23, 2004.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | SEP 20 2004 | |
| | Docketing to mail notices. | | docketing deputy initials | 7 |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | 9/17/2004 | |
| | | | date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NEFTALI BARRETO, et al.,            )
                                     )
            Plaintiffs,              )
                                     )
      v.                             )   No. 04 C 5676
                                     )
ESPERANZA FINANCIAL SERVICES, INC.,) 
et al.,                              )
                                     )
            Defendants.              )

DOCKETED
SEP 2 0 2004

## MEMORANDUM ORDER

This action was timely removed to this District Court from the Circuit Court of Cook County by codefendant JP Morgan Chase Bank ("Bank"), with the consent of codefendant Esperanza Financial Services, Inc. ("Esperanza"), based on the premise that the claims asserted against Bank by plaintiffs Neftali and Jesusa Barreto (collectively "Barretos") were preempted by federal law. Barretos then promptly dismissed this action as to Bank, and their counsel has now served notice of the proposed presentment on September 27 of a motion to remand this action to the Circuit Court because no arguable predicate for federal jurisdiction now exists.

This Court has reviewed Barretos' Complaint, which specifies that the only claims advanced against Esperanza are grounded in state law rather than federal law (because Esperanza is not a bank, it has no basis for a preemption argument like that earlier advanced by Bank). And because Barretos and Esperanza share Illinois citizenship, of course diversity jurisdiction is also

absent.

If Esperanza's counsel has a different view as to how this action may arguably remain in this District Court rather than being remanded pursuant to 28 U.S.C. §1447(c), counsel must file a written statement as to the legal basis for that position in this Court's chambers (with a copy of course being transmitted contemporaneously to Barretos' counsel) on or before September 23, 2004. If not, Esperanza's counsel should just as promptly advise this Court and Barretos' counsel, so that remand may be ordered forthwith and the parties may then go about their business of litigating their substantive disputes.

                                            Milton I. Shadur
                                            Senior United States District Judge

Date: September 17, 2004